(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

_____
**I.R.S., Linda Baker**
(Name of Plaintiff or Plaintiffs)

5 - 2 9 5

v.                                CIVIL ACTION NO. _____

_____
**Alfreda Harnett**
(Name of Defendant or Defendants)

## COMPLAINT

1. This action is brought pursuant to _____**I.R.S.**_____
   (Federal statute on which action is based)
   for discrimination related to __**money owed**__ jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)

   _____
   (Federal statute on which jurisdiction is based)

2. Plaintiff resides at __**31 Hopkins Plaza Suite 1310**__
   (Street Address)
   __**Baltimore**__   _____   __**Md.**__  __**21201**__
   (City)      (County)    (State)   (Zip Code)
   __**410-962 4523**__
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at __**205 St. Silverfox Rd.**__
   (Street Address)
   __**Newark  New Castle Co.**__  __**De.**__  __**19702**__
   (City)      (County)    (State)   (Zip Code)

4. The alleged discriminatory acts occurred on __**11**__, __**April**__, __**2005**__.
   (Day)      (Month)    (Year)

5. The alleged discriminatory practice  ☑ is   ☐ is not continuing.

6. Plaintiff(s) filed charges with the _____
                                         (Agency)

_____
(Street Address)   (City)   (County)   (State)   (Zip)

regarding defendant(s) alleged discriminatory conduct on: _____
                                                              (Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?    Yes ☒    No ☐

   If yes, to whom was the appeal taken? _Appeals Office I.R.S._

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)

   I have been disabled since 1985. I have been of Disability from a very severe stroke. I have not worked since 1985, and I have not earned an earned income since 1985.

10. Defendant's conduct is discriminatory with respect to the following:

    A. ☒   Plaintiff's race _Afro American_
    B. ☒   Plaintiff's color _Brown_
    C. ☒   Plaintiff's sex _female_
    D. ☒   Plaintiff's religion _Protestant_
    E. ☒   Plaintiff's national origin _Black_

11. Plaintiff prays for the following relief:    (Indicate the exact relief requested)

Relief required in that I pay for the years 1996 / 1998 / 2000 out of my disability check. I did sign, but I did not know that I should have not signed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 6, 2005

_Alfreda Harrell_
(Signature of Plaintiff)